UNITED STATES COURT OF INTERNATIONAL TRADE

| | | |
|---|---|---|
| RELIABLE KNITTING WORKS, INC. | : | |
| Plaintiff, | : | Court No. 10-00324 |
| v. | : | |
| | : | See attached Schedule A |
| UNITED STATES, | : | |
| Defendant. | : | Port: Chicago (3901) |

## **STIPULATED JUDGMENT ON AGREED STATEMENT OF FACTS**

This action, as prescribed by Rule 58.1 of the Rules of the United States Court of International Trade, is stipulated for judgment on the following agreed statement of facts in which the parties agree that:

1. The protest involved herein was filed and the action involved herein was commenced within the time provided by law, and all liquidated duties, charges or exactions have been paid prior to the filing of the summons.

2. The imported merchandise covered by the entry set forth on Schedule A attached, consists of certain footwear known as "Muk Luks" imported from China. The imported merchandise consists of all model numbers designated on Schedule A and on the commercial invoice submitted with the subject entry.

3. The imported "Muk Luks" were classified and liquidated by U.S. Customs and Border Protection ("Customs") under subheading 6404.19.70, Harmonized Tariff Schedule of the United States ("HTSUS"), as "Footwear with outer soles of rubber, plastics, leather or composition leather and uppers of textile materials: Footwear with outer soles of rubber or plastics: Other: Other: Valued over $3.00, but not over $6.50 / pair: Other" dutiable at 90 cents / pair and 37.5% ad valorem.

4. The stipulable imported merchandise designated in the underlying commercial invoices and as set forth in Schedule A attached hereto is properly classifiable as "Other footwear: With uppers of textile materials: Other" under HTSUS subheading 6405.20.90 and dutiable at 12.5% ad valorem.

5. The imported merchandise covered by the entry set forth on the attached Schedule A is stipulable in accordance with this agreement.

6. Any refunds payable by reason of this judgment are to be paid with any interest provided by law.

7. All other claims and non-stipulable style numbers and entries are abandoned.

8. Each party will bear its own costs and attorney's fees.

Dated: _____, 2013

Respectfully submitted,

_____
Paul S. Anderson
THE ANDERSON LAW FIRM, LLC
Attorneys for Plaintiff
125 South Wacker Drive, Suite 1825
Chicago, Illinois 60606
Direct: 312-300-4819
Tel. (312) 899-5050
Email: psa@andersontradelaw.com


STUART F. DELERY
Principal Acting Assistant Attorney General

By: _____
BARBARA S. WILLIAMS
Attorney in Charge
International Trade Field Office

_____
JASON M. KENNER
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza, Room 358
New York, New York 10278
Attorneys for Defendant
Tel. (212) 264-9241

SCHEDULE A

| Summons No. | Protest No. | Port | Entry No. | Date of Entry | Date of Liquidation | Style Numbers |
|---|---|---|---|---|---|---|
| 10-00324 | 3901-10-100214 | Chicago | UPS-3434760-2 | 8/04/09 | 10/30/09 | 17375600 |
| | | | | | | 17304016 |
| | | | | | | 17373-410 |
| | | | | | | 17307-410 |
| | | | | | | 17291-530 |
| | | | | | | 15263-900 |
| | | | | | | 17175-016 |
| | | | | | | 17376-016 |

Reliable Knitting Works v. United States
Court No. 10-00324

    IT IS HEREBY ORDERED that this action is decided and this final judgment is to be entered by the Clerk of the Court; the appropriate Customs officers shall reliquidate the entries and make refund in accordance with the stipulation of the parties set forth above.

                                                                                                       Judge

Dated: _____, 2013